IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:24-cr-00029 |
| ) | |
| **MARIA ISFAN,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated December 4, 2024, ECF No. 22, recommending that the Defendant's plea of guilty to Count One of the Information, a violation of Title 8, United States Code, Section 1326(a)(2) be accepted, and the defendant be adjudged guilty. Also before the Court is Defendant's *Motion for Waiver of Presentence Investigation or Alternatively for Expedited Presentence Investigation.* (ECF No. 23.) After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 22, is **ADOPTED;** it is further

**ORDERED** Defendant Maria Isfan's Motion for Waiver of Presentence Investigation or Alternatively for Expedited Presentence Investigation, ECF No. 23, is **GRANTED** to the extent that the Court will expedite the sentencing hearing in this matter; it is further

**ORDERED** that Defendant Maria Isfan's plea of guilty as to Count One of the Information is **ACCEPTED**, and that Maria Isfan is adjudged **GUILTY** on that count; it is further

*United States v. Maria Isfan*
Case No. 3:24-cr-00029
Order
Page **2** of **2**

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties no later than **December 31, 2024;** it is further

**ORDERED** that the parties shall file their sentencing memoranda, which shall include any objections to the presentence report, no later than **January 6, 2025;** it is further

**ORDERED** that a sentencing hearing shall be held on **January 10, 2025, at 9:30 A.M. in STT Courtroom No. 1.**

**Dated:** December 23, 2024

                                                **ROBERT A. MOLLOY**
                                                **Chief Judge**